

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00463-CV

| | | |
|---|---|---|
| ROBERTA J. KIRBY, WYNELLE ERICKSON, AND YOUNG'S PROFESSIONAL SERVICES, PLLC D/B/A YPS ANESTHESIA, Appellants | § | On Appeal from the 96th District Court |
| | § | of Tarrant County (096-343315-23) |
| V. | § | April 3, 2025 |
| STRATUS DOMINION ANESTHESIA ASSOCIATES, PLLC, Appellee | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order denying the motion to stay. It is ordered that the trial court's order denying the motion to stay is affirmed.

It is further ordered that appellants Roberta J. Kirby, Wynelle Erickson, and Young's Professional Services, PLLC d/b/a YPS Anesthesia shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack                        
    Justice Dana Womack